IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAMES M. HOLZ,<br><br>    Defendants. | 4:13CR3115<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The government's motion to continue the deadline for responding to the defendant's motions, (Filing No. 65), is granted. The government's response shall be filed on or before December 9, 2013.

2) It appears the defendant has not filed a brief in support of his motion to suppress photographic identification. (Filing No. 58). If that brief is not filed on or before December 2, 2013, the motion to suppress photographic identification will be deemed abandoned.

3) An evidentiary hearing on defendant's motion to suppress statements, (filing no. 57), will be held before the undersigned magistrate judge on December 12, 2013, at 2:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

4) The defendant, defense counsel, and counsel for the government shall be present at this hearing.

5) Pursuant to NECrimR 12.5, copies of all exhibits expected to be offered into evidence during the hearing, except those to be used for impeachment only, shall be delivered to the chambers of the undersigned at least twenty-four (24) hours before the hearing and, at the outset of the hearing, to the extent reasonably possible, the parties shall provide the undersigned and the courtroom deputy with a written list of all witnesses the parties expect to call.

November 27, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge