IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>JAMES M. HOLZ,<br><br>　　　　　　Defendants. | 4:13CR3115<br><br>**MEMORANDUM AND ORDER** |

　　　　The court afforded the defendant until December 2, 2013 to file a brief in support of his motion to suppress photographic identification, (Filing No. 58 ), in the absence of which the motion would be deemed abandoned. (Filing No. 66).  The defendant has not filed a brief in support of his Filing 58 motion.  Accordingly,

　　　　IT IS ORDERED that defendant's motion to suppress photographic identification, (Filing No. 58), is denied as abandoned.  The government need not address filing 58 in its responsive brief.

　　　　December 5, 2013.

　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge