IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAMES M. HOLZ,<br><br>    Defendants. | 4:13CR3115<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) The government's motions to continue, (filing nos. 74 and 75), is granted.

2) The government's response to the defendant's motions shall be filed on or before December 26, 2013.

2) The evidentiary hearing on defendant's motion to suppress, (filing no. 57), will be held before the undersigned magistrate judge on January 2, 2014 at 9:00 a.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

December 10, 2013.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge