IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>JAMES M. HOLZ,<br><br>                Defendants. | 4:13CR3115<br><br>MEMORANDUM AND ORDER |

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 80), is granted.

2) The evidentiary hearing on defendant's motions to suppress, (filing nos. 56 and 57, will be held before the undersigned magistrate judge on February 4, 2014 at 2:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

3) The government's motion for additional time to respond to the defendant's motions to suppress, (Filing No. 79), is granted. The government's response to defendants' motions shall be filed on or before January 28, 2014.

January 2, 2014.

                                                                          BY THE COURT:

                                                                          *s/ Cheryl R. Zwart*
                                                                          United States Magistrate Judge