IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| | ) | 4:13CR3115 |
| vs. | ) ) | |
| JAMES M. HOLZ, | ) ) | ORDER |
| Defendant. | ) ) ) | |

Before the Court is the request for transcript of hearing held on 5/28/2014, filing 150.

IT IS ORDERED:

1. The request for transcript, filing 172 is granted.

2. James M. Holz, is ordered to pay to the Clerk of the Court the amount of $160.60. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $160.60, a refund check will be issued.

3. Upon receipt of this fee, the Clerk of the Court is ordered to prepare a transcript of the hearing held on 5/28/2014. A paper copy of the transcript shall be mailed to the requestor. A copy of this order should also be mailed to the requestor.

Dated: 7/28/2014

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge