IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:13-CR-3115 |
| vs. | ORDER |
| JAMES M. HOLZ, | |
| Defendant. | |

This matter is before the Court on a letter from the defendant that the Court has filed as a motion for copies (filing 338). The Court will deny the defendant's motion. The defendant does not have the right to receive copies of documents without payment, even if he is indigent. *See* 28 U.S.C. § 1915; *Lewis v. Precision Optics, Inc.*, 612 F.2d 1074, 1075 (8th Cir. 1980). And the defendant's motion does not explain why he needs the copies.

The defendant may pay the Clerk of the Court for copies at the established rate of 50¢ per page. The documents requested—the indictment, plea agreement, operative judgment,[1] and docket sheet—total 33 pages for a total cost of $16.50, which must be prepaid when the copies are requested.

IT IS ORDERED that the defendant's motion for copies (filing 338) is denied.

Dated this 2nd day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

---

[1] There are two judgments—the original judgment for the defendant's conviction, and the judgment for revocation of supervised release, pursuant to which the defendant is currently incarcerated. The Court presumes that the defendant is requesting the latter.